UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**BRANDON TAYLOR,**

                                        **Plaintiff,**

                   v.                                                3:18-CV-1201
                                                                       (FJS/ML)

**MEDTRONIC, INC.; MEDTRONIC, USA;
COVIDIEN HOLDING INC.; COVIDIEN,
INC.; and COVIDIEN, LP,**

                                        **Defendants.**
_____

**APPEARANCES**                                    **OF COUNSEL**

**RONALD P. HART, P.C.**                **RONALD P. HART, ESQ.**
225 Broadway, Suite 2815
New York, New York 10007
Attorneys for Plaintiff

**DLA PIPER LLP**                           **JEFFREY D. KUHN, ESQ.**
677 Broadway - Suite 1205
Albany, New York 12207-9705
Attorneys for Defendants

## ORDER

       As the Second Circuit instructed in its September 24, 2021 Order, *see* Dkt. No. 24, and its October 21, 2021 Mandate, *see* Dkt. No. 25, the Court hereby

       **ORDERS** that its February 24, 2020 Judgment in favor of Defendants dismissing the complaint, *see* Dkt. No. 21, is **VACATED**; and the Court further

       **ORDERS** that Plaintiff's motion to remand this action to state court, *see* Dkt. No. 8, is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall mail a certified copy of this Order to the Clerk of the New York Supreme Court, Broome County, as 28 U.S.C. § 1447(c) requires.

**IT IS SO ORDERED.**

Dated: October 25, 2021
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge